UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Bryan Milazzo,<br><br>      Plaintiff,<br><br>      v.<br><br>Peter Anthony,<br><br>      Defendant. | Civil Action No. 2:23–cv–576 |

## ORDER

On or before February 16, 2024, Defendant shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 8th day of February 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*
　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge